UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-22079-CIV-COHN/WHITE
(Case No. 11-20637-CR-COHN)

KELVIN JACKSON,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE WITHOUT PREJUDICE

**THIS CAUSE** is before the Court upon the Report and Recommendation [DE 9] ("Report") of Magistrate Judge Patrick A. White to Movant Kelvin Jackson's Motion to Withdraw His Motion to Vacate [DE 8] ("Motion to Withdraw"). Despite the lack of objections by the deadline of September 12, 2013, the Court has conducted a *de novo* review of the Report and Motion to Withdraw, and is otherwise fully advised in the premises.

Movant Kelvin Jackson filed a *pro se* motion to vacate pursuant to 28 U.S.C. § 2255 on June 10, 2013. See DE 1 ("Motion to Vacate"). After the Government responded, Attorney Roger Cabrera filed the instant Motion to Withdraw on behalf of the Movant. The Motion to Withdraw indicates that Movant has decided to withdraw his Motion to Vacate because he has realized that it is not in his best interests to proceed. In the Report, Judge White recommends that the Court grant the Motion to Withdraw and dismiss the Motion to Vacate without prejudice. The Court agrees.

Based on the foregoing, it is **ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report and Recommendation [DE 9] is hereby

    **ADOPTED**;

2. Movant Kelvin Jackson's Motion to Withdraw His Motion to Vacate [DE 8] is

    **GRANTED**;

3. Movant Kelvin Jackson's Motion to Vacate Pursuant to 28 U.S.C. § 2255 is

    **DISMISSED WITHOUT PREJUDICE**; and

4. The Clerk is directed to **CLOSE** this case and **DENY** all pending motions as

    **MOOT**.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County,

Florida, this 13th day of September, 2013.

*[signature]*
JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF.